# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT
JAN 11 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Tanya Faye Klemme <br> Defendant. | Case No.: 8:21-MJ-0007-Duty <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **S. Dist. of CA**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **instant allegations; substance abuse; unknown background + bail resources**

1
2
3      and/or
4  B.  ( ) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on _____
8
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED:  1/11/21                         /s/ Karen E. Scott
17                                          KAREN E. SCOTT
                                             UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28